# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WALTER PINE, THELMA J. ROPER,**

        **Plaintiffs,**

**-vs-**                              **Case No. 6:06-cv-1551-Orl-19JGG**

**BOARD OF COUNTY COMMISSION OF BREVARD COUNTY,**

        **Defendant.**

## **ORDER**

This cause came on for consideration without oral argument on the following motions filed by Plaintiffs, proceeding *pro se*:

> **MOTION:** **PLAINTIFFS' MOTION FOR EMERGENCY INJUNCTION (Doc. No. 34)**
>
> **FILED:** March 19, 2007
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**.

> **MOTION:** **PLAINTIFFS' MOTION TO WAIVE LOCAL RULE 3.01(g) (Doc. No. 39)**
>
> **FILED:** March 19, 2007
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

> **MOTION:** **PLAINTIFFS' MOTION TO FILE BY FACSIMILE (Doc. No. 40)**
>
> **FILED:** **March 19, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

## I. MOTION FOR EMERGENCY INJUNCTION

First, on March 19, 2007, Plaintiffs have filed a Response to the district court's February 28, 2007 order to show cause for failure to file a Case Management Report within the time prescribed by Local Rule 3.05. *See* Docket Nos. 31, 33, 34. In their Response, Plaintiffs inappropriately included several requests for relief, including a motion for "emergency injunction," a motion to sever, a motion to seal, and a motion for appointment of counsel. Docket Nos. 33, 34. The Clerk docketed the Response as a Response to Order to Show Cause at Docket No. 33, and a motion at docket No. 34. The Response and the motions are contained in one document, so Docket Nos. 33 and 34 are identical.

It is inappropriate to bury requests for relief in a response. A request for relief should be filed in the form of a motion. *See* Local Rule 3.01(a). In addition, with the exception of the request for injunctive relief, Plaintiffs failed to comply with Local Rule 3.01(g). Accordingly, Plaintiffs' motions incorporated in their Response to the show cause order [Docket No. 44] are **STRICKEN** for failure to comply with Local Rule 3.01(a), (g).

## II. MOTION TO WAIVE LOCAL RULE 3.01(G) REQUIREMENT

Plaintiffs ask the Court to waive the requirement that they meet and confer prior to filing motions pursuant to Local Rule 3.01(g). Docket No. 38. Plaintiffs complain that Defendant's counsel

(who has since withdrawn, *see* Docket No. 44) will not speak to them about representation of the other defendants[1] in this case, and that they "have no way of knowing who represents whom . . ." *Id.* at 3.

The motion [Docket No. 39] is **DENIED**. The Court expects *pro se* Plaintiffs to comply with the Local Rules, the Federal Rules of Civil Procedure, and the relevant law, like any other plaintiff. Attorney Michael H. Bowling of Bell, Leeper & Roper, PA, 2816 E Robinson St, Orlando, FL 32803, (407) 897-5150, now represents Defendant Board of County Commission of Brevard County. *See* Docket No. 44. The other defendants have not yet appeared in this action.

### III.  MOTION TO FILE BY FACSIMILE

Plaintiffs seek permission to file motions by facsimile, and to enlarge the time for filing motions and memoranda. Docket No. 40. Plaintiffs argue that because they cannot file electronically, they are not allowed "full and equal use of preparation/response time." *Id.* at 3.

The Federal Rules of Civil Procedure include extra time related to service and filing by mail. Under Federal Rule of Civil Procedure 6(e), three days are added after a given prescribed period would otherwise expire if the party is served by mail. *See* Fed. R. Civ. P. 6(e). Plaintiffs' arguments are without merit. Accordingly, the motion to file by facsimile is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on March 21, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs filed their original complaint only against the Board of County Commissioners of Brevard County. Docket No. 1. On February 2, 2007, Plaintiffs filed an amended complaint in which they added over ten new defendants. *See* Docket No. 29.

Copies furnished to:

Counsel of Record
Unrepresented Parties