# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WALTER PINE, THELMA J. ROPER,**

**Plaintiffs,**

**-vs-**                                                      **Case No.  6:06-cv-1551-Orl-19UAM**

**BOARD OF COUNTY COMMISSION OF
BREVARD COUNTY, et al.**

**Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **MOTION TO EXCEED THE "10 DEPOSITION LIMIT" (Doc. No. 62)** |
| **FILED:** | **July 25, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO EXCEED "THE TWENTY-FIVE INTERROGATORY LIMIT" (Doc. No. 63)** |
| **FILED:** | **July 25, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

<table>
<tr><td><strong>MOTION:</strong></td><td><strong>MOTION TO SCHEDULE PRELIMINARY PRETRIAL CONFERENCE (Doc. No. 64)</strong></td></tr>
<tr><td><strong>FILED:</strong></td><td><strong>July 25, 2007</strong></td></tr>
</table>

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Plaintiffs, proceeding *pro se*, have filed three motions regarding their preparation of the Case Management Report, which the Court previously ordered filed on or before July 25, 2007. *See* Doc. No. 60 at 3. Plaintiffs claim that they cannot reach an agreement with counsel for Defendant Board of County Commission of Brevard County ("Board") on the issues raised in their motions, and that they therefore cannot reach an agreement with Defendant's counsel on the Case Management Report. Plaintiffs ask the Court: (1) for leave to take thirty-six depositions; (2) for leave to serve fifty interrogatories on each defendant; and (3) to schedule a preliminary pretrial conference for the purposes of resolving the disagreement between Plaintiffs and Defendant's counsel. Doc. Nos. 62, 63, 64.

Plaintiffs have failed to state any sufficient reasons to allow depositions and interrogatories in excess of the amount specified in the Federal Rules of Civil Procedure and the Local Rules. Plaintiffs principally argue that they have named twelve defendants and that, as a result, they require extra discovery. Only one named Defendant has appeared in this action. Plaintiffs have yet to serve any of the other Defendants, and Plaintiffs' original and subsequent amended complaints have all been dismissed. *See* Doc. Nos. 1, 29, 47, 54, 61.[1] Accordingly, Plaintiffs' motions regarding depositions

---

[1]Indeed, on July 23, 2007, the district court dismissed Plaintiffs' second amended complaint, and ordered Plaintiffs to submit another amended complaint within ten days. Doc. No. 61 at 6. Plaintiffs have yet to comply with the district court's order.

and interrogatories [Doc. Nos. 62, 63] are **DENIED**.  If more than ten defendants appear in this case, and if Plaintiffs and Defendants' counsel cannot reach an agreement without involving the Court after a sufficient period of discovery, Plaintiffs may renew both motions.  The motions regarding depositions and interrogatories having been resolved, and no other disagreement regarding the Case Management Report having been stated by the Plaintiffs, the motion for a preliminary pretrial conference [Doc. No. 64] is **DENIED** as moot.

Finally, Plaintiffs have not sought an extension of time to file the Case Management Report, and Plaintiffs' filing of the motions and the entry of this Order do not excuse Plaintiffs from their obligation of doing so on or before July 25, 2007.  *See* Doc. No. 60 at 3.  The Case Management Report is therefore past due, and shall be filed immediately.

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2007.

*Donald P. Dietrich*

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties